**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1125**

---

In re: DENNIS A. FORBES,

       Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the Southern District of West Virginia, at Bluefield.  (1:24-cv-00194)

---

Submitted:  April 24, 2025                           Decided:  April 29, 2025

---

Before RICHARDSON and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Dennis A. Forbes, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Dennis A. Forbes petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2241 petition. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied Forbes's § 2241 petition on March 18, 2025. Accordingly, because the district court has recently decided Forbes's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and the legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*